```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  JAN 2 3 2008

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANKLIN R. KNISLEY,<br><br>    Plaintiff,<br>v.<br>STEVE PARK, et al.,<br><br>    Defendants. | No. CV 05-42 GAF (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that defendants' motions to dismiss the Third Amended Complaint are granted in part and denied in part as follows:

(1) Counts I, II, III, IV, V, VII, X, and XI are dismissed without leave to amend;

(2) Count XIII is dismissed as to the City with leave to amend and, as to the individual defendants, without leave to amend;

(3) Count XIV is dismissed without leave to amend and without prejudice to refiling should plaintiff's conviction be invalidated;

///

(4) Count XV is dismissed without leave to amend with respect to the allegations in Count XIV, without prejudice to refiling should plaintiff's conviction be invalidated;

(5) Count XVI is dismissed without leave to amend with respect to the allegations in Counts I, II, III, V, VII, X, and XI;

(6) Count XVII is dismissed without leave to amend;

(7) The motions as to Counts VI, VIII, IX, XII, XV (as it relates to Counts VI and XII only), and XVI (as it relates to Counts VIII and IX only) are denied; and

(8) Plaintiff is granted 30 days to file an amended pleading which deletes all Counts that have been dismissed without leave to amend and amends only Count XIII and only as to the County. Plaintiff should not add any new claims or defendants in his Fourth Amended Complaint.

DATED: 1/23/08

GARY A. FEESS
United States District Judge